UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK STATE

---

THOMAS P. DOCKERY and LISA C. DOCKERY,

        Plaintiffs,

  -against-

UNITED STATES OF AMERICA

        Defendant.

JUDGMENT

Case No. 07-CV-144 (NPM/DRH)

---

    This action came on for trial before the Court, Honorable Neil P. McCurn, District Judge, presiding, and the issues having been duly tried and the Court have rendered a Memorandum-Decision and Order which was So Ordered by Judge McCurn on the 8th day of October 2009, a copy of which is attached hereto,

    It is Ordered and Adjudged that the Plaintiff, Thomas P. Dockery, shall recover of the United States of America the sum of SIX HUNDRED SIXTY-TWO THOUSAND FIVE HUNDRED FOUR DOLLARS AND 66 CENTS ($662,504.66) as follows with interest thereon pursuant to 28 U.S.C.A. § 1961:

    a.    Past medical expenses……………………………………………$11,504.66;

    b.    Future medical expenses…………………………………………$55,000.00;

    c.    Past non-economic losses, including pain and suffering……………$400,000.00;

    d.    Future pain and suffering of $200,000.00 discounted by 2%…….$196,000.00;

    It is further Ordered and Adjudged that the Plaintiff, Lisa C. Dockery, shall recover of the

United States of America, the sum of FORTY THOUSAND DOLLARS AND NO CENTS ($40,000.00) for loss of consortium.

Dated:

IT IS SO ORDERED:

_____
Neal P. McCurn
U.S. District Judge
Dated: December 10, 2009
       Syracuse, NY